STATE OF MAINE                          SUPERIOR COURT
PENOBSCOT, SS.                          Docket No. CV-04-129

STEVEN LAFRANCE,             )
                Plaintiff    )
                             )
                             )      ORDER ON MOTION
        v.                   )      FOR SUMMARY JUDGMENT
                             )
                             )
LESTER CARROW,               )
                Defendant.   )

FILED & ENTERED
SUPERIOR COURT
SEP 12 2005
PENOBSCOT COUNTY

The Plaintiff moves for summary judgment. Although he does not mention the principle of *res judicata,* this concept requires the entry of summary judgment upon the liability aspects of his Complaint. The fact that a criminal judgment for Assault has been entered against the Defendant for the acts complained of in the Complaint deprives the Defendant of his opportunity to defend the liability aspects of the claim. Further, the Defendant's failure to comply with Rule 56(h)(2) also requires entry of judgment.

Accordingly, summary judgment is entered in favor of the Plaintiff on all liability aspects of his Complaint. The matter will be set for hearing on damages as soon as the court's docket permits.

So Ordered.

The Clerk may incorporate this Order upon the docket by reference.

Dated: September 12, 2005

Andrew M. Mead
JUSTICE, MAINE SUPERIOR COURT

STEVEN R LAFRANCE   - PLAINTIFF                          SUPERIOR COURT
444 UPPER GARLAND ROAD                                   PENOBSCOT, ss.
DEXTER ME 04930                                          Docket No  BANSC-CV-2004-00129
Attorney for: STEVEN R LAFRANCE
STEPHEN C SMITH  - RETAINED 06/18/2004
LAW OFFICES OF STEPHEN C SMITH PA                        **DOCKET RECORD**
28 MAIN STREET  SUITE 1
BANGOR ME 04401


vs
LESTER CARROW  - DEFENDANT
139 GARLAND ROAD
EXETER ME 04435


Filing Document: COMPLAINT                      Minor Case Type: ASSAULT/BATTERY
Filing Date: 06/18/2004

# Docket Events:

06/21/2004 FILING DOCUMENT - COMPLAINT FILED ON 06/18/2004


06/21/2004 Party(s):  STEVEN R LAFRANCE
           ATTORNEY - RETAINED ENTERED ON 06/18/2004
           Plaintiff's Attorney: STEPHEN C SMITH


06/21/2004 Party(s):  LESTER CARROW
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/11/2004
           AS TO DEFENDANT.


06/21/2004 Party(s):  LESTER CARROW
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 06/18/2004


06/21/2004 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 06/18/2004
           TO ATTORNEY FOR PLAINTIFF.


06/21/2004 Party(s):  LESTER CARROW
           RESPONSIVE PLEADING - ANSWER FILED ON 06/18/2004
           BY DEFENDANT, PRO SE. (RECEIVED 6/17/04)


06/22/2004 ORDER - SCHEDULING ORDER ENTERED ON 06/22/2004
           ANDREW M MEAD , JUSTICE
           ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
           PARTIES/COUNSEL


06/22/2004 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 03/01/2005


06/22/2004 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 06/22/2004
           ANDREW M MEAD , JUSTICE


07/23/2004 Party(s):  STEVEN R LAFRANCE
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 07/22/2004
           PLAINTIFF'S FIRST SET OF INTERROGATORIES PROPOUNDED UPON DEFENDANT LESTER CARROW AND
           PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON DEFENDANT
           LESTER CARROW.


09/02/2004 Party(s):  STEVEN R LAFRANCE